

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANABELIA ALLEN, | § | No. 08-23-00169-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| GYPSY JASSO, | § | of Reeves County, Texas |
| Appellee. | § | No. 16-12-21804-CVR |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.